UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

THUNDER CUSTOM PRODUCTS, LLC,

    Plaintiff,

v.                         Case No.: 20-C-1752

TITAN ROBOTICS, LTD.,

                               Formerly Case No. 2020CV001034
    Defendant.                Brown County Circuit Court

---

## ORDER REMANDING CASE

---

On November 23, 2020, Defendant, Titan Robotics, Ltd. petitioned to remove this case from state court to federal court. They asserted federal diversity jurisdiction under 28 U.S.C. § 1332. On December 8, 2020, the parties stipulated that the amount in controversy in this case does not exceed $75,000 and requested that the case be remanded to state court. Based on this, this Court no longer has subject-matter jurisdiction.

**IT IS THEREFORE ORDERED** that this case be **REMANDED** to Brown County Circuit Court pursuant to 28 U.S.C. § 1441.

The Clerk is directed to send a certified copy of this remand order to the Clerk of Court for Brown County Circuit Court.

Dated at Green Bay, Wisconsin, this 16th day of December, 2020.

                                                   s/ William C. Griesbach
                                                   William C. Griesbach
                                                   United States District Judge